IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Brian K. Alford, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 3:10cv424 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Judge Walter H. Rice, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on November 15, 2010 a Report and Recommendation (Doc. 4).  On November 29, 2010 a Supplemental Report and Recommendation (Doc. 9) was filed.. Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 7) and to the Supplemental Report and Recommendation (Doc. 12).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that the Recommendation and Supplemental Recommendation should be adopted.

Accordingly the complaint is hereby **DISMISSED** with prejudice.

IT IS SO ORDERED.

      ___s/Susan J. Dlott_____
      Chief Judge Susan J. Dlott
      United States District Court