IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BRIAN KEITH ALFORD,

        Plaintiff,         :        Case No. 3:10-cv-424

                                            Chief Judge Susan J. Dlott
    -vs-                              Magistrate Judge Michael R. Merz
                                          :

WALTER HERBERT RICE,
 CHIEF JUDGE, et al.,

        Defendants.

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS ON NOTICE OF APPEAL**

---

        The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #23), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

        Accordingly, the Court hereby certifies to the United States Court of Appeals that Plaintiff's appeal is frivolous.

March 16th, 2011.

                                                                  Chief Judge Susan J. Dlott
                                                                  United States District Court